**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **PATRICK ALUDA KHADAMBI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 26-cv-02336 (APM)** |
| | ) | |
| **MARCO RUBIO,** | ) | |
| *in his official capacity as Secretary of State*, **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Pro se Plaintiff Patrick Aluda Khadambi is a Fiscal Year 2023 diversity visa lottery selectee whose application has yet to be adjudicated due to an apparent backlog at the U.S. Consulate in Nairobi, Kenya.  Compl., ECF No. 1 [hereinafter Compl.], ¶¶ 14–23.  He now seeks to compel Defendants to act on his application.  *Id.* ¶¶ 24–28.

The court cannot grant the relief requested.  It is settled law that courts lack the authority to compel the Executive Branch to adjudicate a diversity visa application after the fiscal year expires.  *See Goodluck v. Biden*, 104 F.4th 920, 926 (D.C. Cir. 2024) ("The district courts had no authority to order the State Department to keep processing applications for diversity visas and issuing the visas beyond the end of the relevant fiscal years.").  Here, Plaintiff's application remains unadjudicated long after the end of the relevant fiscal year.  Compl. ¶¶ 21–23.  Accordingly, the court lacks equity jurisdiction to consider this matter.  *See id.* at 925.

This case therefore is dismissed.  This is a final, appealable order.

Dated:  July 8, 2026

_____
Amit P. Mehta
United States District Judge